CLEVELAND BAR ASSOCIATION *v.* BOSCO.

[Cite as *Cleveland Bar Assn. v. Bosco* (1994), 69 Ohio St.3d 1212.]

(No. 93–1331—Submitted and decided May 24, 1994.)

For earlier case, see *Cleveland Bar Assn. v. Bosco* (1993), 67 Ohio St.3d 459, 619 N.E.2d 1023.

MOYER C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.